UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY STEVEN GARRETT, | ) Case No.: 10-CV-05603-LHK |
| Plaintiff, | ) ORDER DISMISSING CASE WITH |
| v. | ) PREJUDICE |
| HARRY TURNER, ET AL., | ) |
| Defendants. | ) |

On March 21, 2011, the Court granted Defendants' motion to dismiss in part with prejudice and in part with leave to amend. *See* Dkt. #10.  Specifically, the Court granted the motion to dismiss with respect to the four individual union officers named as Defendants in the case, but allowed Plaintiff leave to amend to state a valid claim against a proper Defendant.  The Court noted that failure to timely amend the complaint risked dismissal of the case with prejudice. The deadline for Plaintiff to file an amended complaint was April 15, 2011, but no amended complaint has been filed.

Accordingly, the case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: April 20, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05603-LHK
ORDER DISMISSING CASE